

# IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-21-00102-CV

## IN THE MATTER OF THE MARRIAGE OF
## LLOYD GRIFFITH THOMAS
## AND BONNIE ALLEN THOMAS

_____

**From the 18th District Court
Johnson County, Texas
Trial Court No. DC-D202000937**

## MEMORANDUM  OPINION

Appellant Bonnie Allen Thomas filed a pro se notice of appeal in the trial court on April 29, 2021. The docketing statement was not received. *See* TEX. R. APP. P. 32.1. On June 22, 2021, we sent a letter explaining that the docketing statement must be filed and warning that the Court would dismiss the appeal without further notification if a docketing statement was not filed within ten (10) days. *See id*. at R. 42.3(c).

More than ten days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id*. at R. 32.1, 42.3(c); *see also Cornett v. Williams*, No. 10-19-00141-CV, 2019 Tex. App. LEXIS 4851, at *1 (Tex. App.—Waco

June 12, 2019, no pet.) (mem. op.) (dismissing case for failure to file docketing statement).

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed November 3, 2021
[CV06]

